## MULLINS v. STATE.
### No. 13151.

Court of Criminal Appeals of Texas.
March 19, 1930.

Ballowe & King, of Dallas, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

242

### HAWKINS, J.

Conviction is for aggravated assault; punishment being a fine of $25.

The record is before us without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.